**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GARTOR KIKI BROWN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-1138 |
| | : | |
| CHESTER COUNTY, et al., | : | |
|     Defendants. | : | |

## SCHEDULING ORDER

This 11th day of March, 2022, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed by **June 24, 2022.**

2. Dispositive motions, if any, shall be due by **July 22, 2022.**

           /s/ Gerald Austin McHugh
    United States District Judge