# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARTOR KIKI BROWN** : | |
|       **Plaintiff,** : | |
| : | **Civil Action** |
| v. : | **No. 17-1138** |
| : | |
| **CO RENDLEMAN, et al.,** : | |
|       **Defendants.** : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Katelyn Mays as counsel for Defendant the City of Philadelphia.

Date: April 13, 2022          /s/ *Katelyn Mays*
                                                                      Katelyn Mays

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARTOR KIKI BROWN** : | |
|       **Plaintiff,** : | |
| : | Civil Action |
| v. : | No. 17-1138 |
| : | |
| **CO RENDLEMAN, et al.,** : | |
|       **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading. A copy of this notice will be mailed via first class mail to the following address:

Smart Communications/PA DOC
Gartor Brown, NA-6401
SCI Forest
P.O. Box 33028
St. Petersburg, FL 33733

Dated: April 13, 2022

/s/ *Katelyn Mays*
Katelyn Mays
Assistant City Solicitor
Attorney Identification No. 324246
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5434
(215) 683-5397 (fax)
Katelyn.mays@phila.gov