IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** : | | |
| Plaintiff, : | | **CIVIL ACTION** |
| : | | |
| v. : | | **No. 17-1138** |
| : | | |
| **CHESTER COUNTY, et al.,** : | | |
| Defendants. : | | |

**ORDER**

This 23rd day of May, 2022, it is hereby **ORDERED** that Defendants' Motion to Depose, ECF 135, is **GRANTED**. Counsel for Defendants C/O Rendleman, Sgt. Muholand, and Major Abello shall be permitted to depose Plaintiff Gartor Kiki Brown at a time, date, and manner convenient to the parties and the administration at Moshannon Valley,[1] including by means of video conference.

      /s/ Gerald Austin McHugh
United States District Judge

---

[1] Defendants' proposed order states that Plaintiff is incarcerated at SCI Forest State Penitentiary, ECF 135. However, Plaintiff filed a notice of change of address, ECF 134, updating his address to Moshannon Valley Processing Center, which is an Immigration and Customs Enforcement facility. *See* https://www.ice.gov/node/60944.