# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARTOR KIKI BROWN<br>　　　　Plaintiff,<br><br>　　v.<br><br>CO RENDLEMAN, et al.,<br>　　　　Defendants. | Civil Action<br>No. 17-1138 |

## ORDER

AND NOW, this <u>　13th　</u> day of <u>　July　　　</u>, 2022, upon consideration of Defendants' Motion for Extension of Dispositive Motion Deadline, Defendants' Motion is hereby **GRANTED**. It is **FURTHER ORDERED** that the dispositive motion deadline is extended to August 31, 2022.

　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　United States District Judge