# In The United States District Court
# For The Eastern District Of Pennsylvania

Gartor Kiki Brown

V.

NO. 17-CV-1138

Chester County, et. al.,

## Plaintiff's Motion To Consult

On July 11th 2022, Plaintiff received a notice of Deposition from assistant City Solicitor Katelyn Mays pursuant to the City of Philadelphia defendants, following the court order granting them to dispose Brown. However, the notice did not Present a notice that any other Partie to dispose Brown.

While at the deposition on 7/12/22, Brown notice also Present via video were Mr. Guy Donatelli attorney for Chester County defendants & Mr. Matthew Fox from DiOrio & Sereni. Brown made his concerns apparent, that he was never Put on notice as to Chester County & Delaware County defendants; thus Brown Presented that he would only be answering questions from Ms. Katelyn Mays as order (Doc 143).

The deposition was conducted by Ms. Mays, after complying with the Philadelphia defendants Per ordered; the Problem seemed to be raised at both Mr. Fox & Mr. Donatelli, both parties seemed to agree with Plaintiff, that he was never Put on notice & that another day would be more appropriate, & that a notice will be sent in the event simultaneously.

The reason for this Motion is due to Brown's concerns, the court granted Plaintiff's last Motion to compel pursuant to Chester County defendants Production of certain tapes(6), as of date, Brown had yet to receive anything to prepare for briefing at the summary judgment stage;

Brown also request that defendants must comply, before any deposition as Dially to the Chester County defendants, as the Motion to compel order was granted before any notice of deposition, & also, defendants had over two(2) years to dispose Brown.


RECEIVED
JUL 20 2022

I hereby State that i'am Garter Kiki Brown, Plaintiff in this case, that on JULY 16, 2022 Plaintiff motion to consult with the Court was Put into the Jail mail box for first class Postage to the address below

United States District Court
601 Market St. Philadelphia PA 19106

Dated. 7/16/22

Garter Brown
Moshanon Valley P.C.
555 Geo Drive
Philipsburg PA 16866
(s) Garter Brown

Carter Brown
MeShannon Valley Process center
555 Geo Drive
Phillipsburg, PA 16866

A6-33L
DQ400070SD

United States District Court
601 Market St.
Philadelphia, PA 19106

Hasler
FIRST-CLASS MAIL
07/18/2022
US POSTAGE $000.57⁰

ZIP 16866
011E11683466

1910€81796 0019