IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARTOR KIKI BROWN,<br>    **Plaintiff,**<br><br>  v.<br><br>CHESTER COUNTY et al.,<br>    **Defendants.** | **CIVIL ACTION**<br>No. 17-1138 |

## ORDER

This 5th day of December, 2022, it is hereby **ORDERED** that Plaintiff's Motions to Consult, ECF 155 and 163, are **DENIED** as moot, because Plaintiff's request for entry of default against Defendant Rendleman,, ECF 165, has been denied, and the Court has satisfied itself that Defendants Mulholland and Abello are making appropriate progress in responding to Plaintiff's supplemental discovery requests.

                /s/ Gerald Austin McHugh
                United States District Judge