## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARTOR KIKI BROWN,         : | |
|                 Plaintiff,     : | |
|                                     : | **CIVIL ACTION** |
| v.           : | No. 17-1138 |
| : | |
| CHESTER COUNTY et al.,  : | |
|                 Defendants.  : | |

## **ORDER**

This 5th day of December 2022, it is hereby **ORDERED** that Plaintiff's Motion for Extension of Time,[1] ECF 162, is **DENIED**. Discovery in this case has lasted nearly four years, and the Court is satisfied that Defendants are acting diligently to provide Plaintiff with all outstanding discovery in the case.[2] Brown's Motion does not identify additional discovery he needs to seek, beyond the discovery he has already requested and moved to compel. As such, he has not shown good cause to reopen and extend fact discovery under Fed. R. Civ. P. 16(b)(4).

                                                                              __s/ Gerald Austin McHugh_____
                                                                              United States District Judge

---

[1] Brown says his Motion is seeking an "extension," but the motion is properly characterized as a request to reopen fact discovery, which ended on September 30, 2022. *See* ECF 153 (extending discovery deadline to September 30, 2022).

[2] Among the issues he raises, Brown continues to highlight his difficulty viewing six videos from the Chester County defendants, *see* ECF 159, 162, 163. As the Court noted in its previous Order, ECF 161, these defendants have preserved this evidence, and the Court is satisfied that they will provide the evidence to Brown once the technology issues at his detention center are resolved. The close of discovery does not extinguish Defendants' obligation to do so.