IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARTOR KIKI BROWN** | : |
| | : |
| v. | :    **CIVIL ACTION NO. 17-1138** |
| | : |
| **CHESTER COUNTY, et al** | : |

**ORDER**

This 12th day of July, 2024, given Plaintiff's detention by the Department of Homeland Security, pending his imminent removal from the United States, it is hereby **ORDERED** that the Clerk of Court shall administratively close this action.[1]

 

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Chambers shall determine Plaintiff's present location and accomplish service of this Order.